UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNOR MEJIA,<br><br>        Plaintiff,<br><br>    v.<br><br>RXO LAST MILE, INC.,<br><br>        Defendant. | Case No. 22-cv-08976-SI<br><br>**ORDER REGARDING HEARING ON MOTION TO COMPEL ARBITRATION; STAYING DISCOVERY** |

This case was assigned to Magistrate Judge Sallie Kim before being reassigned to the undersigned judge. Dkt. No. 13. On March 17, 2023, Defendant RXO Last Mile, Inc. filed a motion to compel arbitration and sought a hearing before Judge Kim in Courtroom C – 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Dkt. No. 20 at 1. Because Judge Kim is no longer assigned to this case, the hearing will instead be held before the undersigned on April 28, 2023 at 10:00 a.m. in **Courtroom 1 on the 17th Floor**, 450 Golden Gate Avenue, San Francisco, California.

In their initial case management statement, the parties proposed staying initial disclosures and discovery until after defendants' motion to compel arbitration. Dkt. No. 19 at 5. Accordingly, discovery and initial disclosures are hereby **STAYED** until this Court issues an order on the motion to compel arbitration.

**IT IS SO ORDERED**.

Dated: March 21, 2023

_____
SUSAN ILLSTON
United States District Judge