UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYNOR MEJIA,

           Plaintiff,

    v.

RXO LAST MILE, INC.,

           Defendant.

Case No. 22-cv-08976-SI

**ORDER FOR FURTHER BRIEFING**

Re: Dkt. No. 89

The Court held a hearing on plaintiff's motion for class certification on June 12, 2026. Dkt. No. 99. Plaintiff's motion for class certification refers to a putative class of Common Carriers, Drivers, and Helpers who performed delivery services for defendant RXO collectively as "Drivers." Dkt. No. 89 at 6. As discussed at the hearing, the Court has concerns about the differences and potential conflicts between those putative class members who are Contract Carriers that signed a Delivery Service Agreement (DSA) with RXO, and those putative class members who are Drivers or Helpers hired by Contract Carriers. To address these concerns, plaintiff proposes that the Court create three subclasses as permitted by Rule 23(c)(4)(B). *Id.* at 1. Plaintiff's briefing provides no details on these proposed subclasses.

The Court therefore requests that plaintiff provide additional briefing on plaintiff's proposed subclasses and how each subclass meets the Rule 23(a) and (b) requirements. Specifically, the Court requests additional briefing on plaintiff's cursory statements in reply and at the hearing that it plans to pursue a joint employment theory of liability against RXO. *See* Dkt. No. 96 at 23 ("The proposed class seeks to hold XPO[1] liable as the joint employer of those [Drivers and Helpers]"). Further,

---

[1] RXO was formerly named XPO.

United States District Court
Northern District of California

plaintiff should clarify the dates of his proposed class periods, in light of the various cases settled in plaintiff's counsels' prior "identical last-mile independent contractor misclassification class action matter against RXO's predecessor," in *Garcia*, 16-cv-4440-WHO.

Plaintiff shall provide this additional briefing to the Court by no later than **June 26, 2026.** Defendant may, but is not required to, respond by **July 3, 2026.**

**IT IS SO ORDERED**.

Dated: June 12, 2026

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2