UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYNOR MEJIA,

Plaintiff,

v.

RXO LAST MILE, INC.,

Defendant.

Case No. 22-cv-08976-SI

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 90

Before the Court is Plaintiff Maynor Mejia Lopez's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed pursuant to Civil Local Rules 7-11 and 79-5(f). Dkt. No. 90. Plaintiff filed the motion in connection with Plaintiff Maynor Mejia Lopez's Notice of Motion and Motion for Class Certification, because the supporting Compendium of Evidence ("COE") contains materials Defendant RXO Last Mile, Inc. designated as "CONFIDENTIAL" under the operative stipulated protective order (Dkt. No. 78). Defendant filed a response. Dkt. No. 91. Of the 16 exhibits referenced in plaintiff's motion to seal, defendant seeks to keep under seal 4 exhibits, specifically Exhibits 20-23.

Pursuant to Civil Local Rule 79-5(f)(3), defendant, as the designating party, bears the burden of establishing that the designated material meets the applicable standard for sealing under *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016). Having considered the Administrative Motion, the response filed by defendant submitted by defendant pursuant to Civil Local Rule 79-5(f)(3), and the applicable legal standards, the Court rules on the sealing of the designated materials as follows:

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Portion to be Sealed | Designating Party's Justification | Ruling |
|---|---|---|---|
| **COE Exh. 20 -** XPO Connect LM Routing Functionality Training; bates labeled RXO_0002626 | Entirety of exhibit | Dkt. No. 91, 91-1 ("Rabel Decl.") ¶¶ 4-8 | **GRANTED** |
| **COE Exh. 21** - RXO Carrier Settlement Routing Playbook, bates labeled RXO_0002640-2712 | Entirety of exhibit | Dkt. No. 91, 91-1 ("Rabel Decl.") ¶¶ 4, 9-12 | **GRANTED** |
| **COE Exh. 22** - Delivery Service Agreement Addendum, Rate Schedules; bates labeled RXO_0000049-63 | Entirety of exhibit | Dkt. No. 91, 91-1 ("Rabel Decl.") ¶¶ 4, 13-18 | **GRANTED** |
| **COE Exh. 23** - Schedule A Payment Schedules Peloton – SFO San Francisco, CA Box Truck." This document was produced in discovery, is bates labeled RXO_0000011-12 | Entirety of exhibit | Dkt. No. 91, 91-1 ("Rabel Decl.") ¶¶ 4, 19-22 | **GRANTED** |
| **COE Exh. 6, 7, 9, 10, 13, 14, 15, 16, 17, 18, 19, & 25** | Entirety of exhibit | None | **DENIED** |

Plaintiff SHALL file unsealed versions of Exhibits 6, 7, 9, 10, 13, 14, 15, 16, 17, 18, 19, and 25 on the docket by August 21, 2026.

**IT IS SO ORDERED**.

Dated: August 18, 2026

SUSAN ILLSTON
United States District Judge